UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>BUCHALTER CONSTRUCTION CORP.,<br><br>Defendant. | 05 Civ. 395 (CBA)<br><br>**DEFAULT JUDGMENT**<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. D... E.D.N.Y.<br><br>TIME A.M. |

The summons and Complaint, in this action having been duly served on the above-named defendant Buchalter Construction Corp., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS, do recover of BUCHALTER CONSTRUCTION CORP., the defendant residing at 844 Pine Street, Brooklyn, New York 11208, the sum of $1,582.36 for delinquent contributions, plus the

audit fee in the sum of $615.00, interest in the sum of $978.72, liquidated damages in the sum of $158.24, attorneys' fees in the sum of $1,375.00, and court fee in the sum of $150.00, amounting in all to the sum of $4,859.32, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated: April 19, 2005     By: _s/CBA_____